# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD WALTER TAYLOR, JR., <br><br> Petitioner, <br><br> v. <br><br> C. PFEIFFER, <br><br> Respondent. | Case No. 1:17-cv-01699-SAB-HC <br><br> ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S MOTION TO STAY (ECF No. 10) <br><br> ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON CALIFORNIA ATTORNEY GENERAL |

Petitioner is state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 8, 2018, Petitioner filed a motion to stay, requesting that the Court hold the petition in abeyance while Petitioner exhausts his unexhausted claims in state court. (ECF No. 10).

The Court HEREBY ORDERS that Respondent shall file a response to Petitioner's motion within fourteen (14) days of the date of service of this order. The Clerk of Court is DIRECTED to SERVE a copy of this order on the California Attorney General or his representative.

IT IS SO ORDERED.

Dated: __**February 14, 2018**__

UNITED STATES MAGISTRATE JUDGE